MCDERMOTT WILL & EMERY LLP
Jason D. Strabo (SBN 246426)
jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Michael S. Nadel*
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
*Pro Hac Vice Application forthcoming

*Attorneys for Defendants Farid Assemi,
Farshid Assemi, Darius Assemi,
Assemi Group, Inc., and Maricopa Orchards, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN ASSEMI,<br><br>Plaintiff,<br><br>v.<br><br>FARID ASSEMI, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:23-CV-01741-EPG<br><br>**EX PARTE REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

Pursuant to L.R. 144(c), Defendants Farid Assemi, Farshid Assemi, Darius Assemi, the Assemi Group, Inc., and Maricopa Orchards, LLC (together, the "Removing Defendants"), respectfully apply *ex parte* for a brief extension of time to respond to the Complaint filed by Plaintiff Kevin Assemi ("Plaintiff") in this matter (the "Complaint"), based upon the following:

1. On December 15, 2023, Plaintiff commenced this action by filing the Complaint in the Superior Court of the State of California for the County of Fresno (the "Superior Court") against the Removing Defendants and a series of other named defendants (the "Non-Removing Defendants").[1]

2. On December 19, 2023, the Removing Defendants filed a Notice of Removal (Dkt. No. 1) (the "Notice of Removal"), removing the action from Superior Court to this Court.

3. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, a defendant who did not answer before removal must answer or present other defenses or objections within the longest of: (a) "21 days after receiving – through service or otherwise – a copy of the initial pleading stating the claim for relief"; (b) 21 days after being served with the summons for an initial pleading on file at the time of service"; or (c) "7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2).

4. At the time when the Removing Defendants filed the Notice of Removal, the Removing Defendants had not been served with any pleadings, process, or orders in this action. The Removing Defendants have not subsequently been served by Plaintiff with any pleadings, process, or orders in the matter. Nor have the Removing Defendants otherwise received papers from Plaintiff.

////

---

[1] The "Non-Removing Defendants" are Nader Malakan, Malakan Investments, LLC, Jeremy Yurosek, in his capacity as Trustee of the Jeremy J. Yurosek Trust, dated December 26, 2008, Devon Yurosek and Jeremy Yurosek, in their capacities as Trustee of the Devon J. Yurosek Trust, dated December 26, 2008, John A. Bezmalinovic, Jason Hollrah, and Elizabeth Steinhauer-Clark.

5. The Removing Defendants believe that, because they have not yet been served, the period set forth within Rule 81(c)(2) for answering the Complaint or presenting other defenses or objections has not yet begun running. However, if the period set forth in Rule 81(c)(2) began running upon filing of the Notice of Removal, the Removing Defendants' response would presently be due on January 9, 2024.

6. The Removing Defendants understand that no Non-Removing Defendant has yet been served, that Plaintiff informed Non-Removing Defendants Devon Yurosek and Jeremy Yurosek on December 29, 2023 via email that Plaintiff intends to file an amended complaint before serving any Defendant.

7. As matters currently stand, absent a court order fixing an alternative response deadline, in an abundance of caution, the Removing Defendants may feel compelled to respond on January 9, 2024. Such a state of affairs could lead to multiple, successive motions, unnecessary motions, or serial motions. Additionally, the Removing Defendants would need to file a motion to dismiss before all parties have filed their consent or declination (because so many defendants have not been served).

8. The relief sought by this *ex parte* application cannot be obtained by stipulation because, before filing this *ex parte* application, counsel for the Removing Defendants sought to resolve these issues with opposing counsel on multiple occasions, including through multiple emails (on December 27, January 2, and January 3) and telephone calls (on December 27, January 2, and January 3). As of the filing of this *ex parte* application, Plaintiff's counsel has not responded.

9. This is the first such request, and no prior extensions of the deadline to answer, move, or otherwise respond to the Complaint in this matter have been requested or granted.

10. In light of the foregoing, and to eliminate uncertainty, avoid unnecessary cost and expense, and to avoid imposing undue burden on the Court, the Removing

////

Defendants respectfully request an extension of their time to answer, move, or otherwise respond to the Complaint by 30 days to and including February 8, 2024.

**MCDERMOTT WILL & EMERY LLP**

By: /s/ *Jason D. Strabo*
Jason D. Strabo (SBN 246426)
jstrabo@mwe.com
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Michael S. Nadel*
mnadel@mwe.com
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
**Pro Hac Vice* Application forthcoming

Attorneys for Defendants Farid Assemi, Farshid Assemi, Darius Assemi, The Assemi Group, Inc., and Maricopa Orchards, LLC

## [PROPOSED] ORDER

Having considered the Removing Defendants' Ex Parte Request to Extent Time to Respond to Complaint, the Court hereby issues the following Order:

1. The Ex Parte Application is granted.

2. The Removing Defendants' request for an extension of their time to answer, move, or otherwise respond to the Complaint by 30 days to and including February 8, 2024 is granted.

Date: _____                    _____
                                          Honorable Erica P. Grosjean

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 3, 2024.

By: */s/ Jason Strabo*
Jason Strabo