MCDERMOTT WILL & EMERY LLP
Jason D. Strabo (SBN 246426)
jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Michael S. Nadel*
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
*Pro Hac Vice Application forthcoming

*Attorneys for Defendants Farid Assemi,
Farshid Assemi, Darius Assemi,
Assemi Group, Inc., and Maricopa Orchards, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ASSEMI,<br><br>                    Plaintiff,<br><br>          v.<br><br>FARID ASSEMI, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 1:23-CV-01741-EPG<br><br>**JOINT STIPULATION TO EXTEND TIME; [PROPOSED] ORDER** |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to the L.R. 144(a), Plaintiff Kevin Assemi ("Plaintiff") and Defendants Farid Assemi, Farshid Assemi, Darius Assemi, the Assemi Group, Inc., and Maricopa Orchards, LLC (together, the "Removing Defendants"; and, collectively, with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on December 15, 2023, Plaintiff commenced this action by filing the Complaint (the "Complaint") in the Superior Court of the State of California for the County of Fresno (the "Superior Court") against the Removing Defendants and a series of other named defendants (the "Non-Removing Defendants").

WHEREAS, on December 19, 2023, the Removing Defendants filed a Notice of Removal (Dkt. No. 1), removing the action from Superior Court to this Court.

WHEREAS, on January 3, 2024, the Removing Defendants filed an *Ex Parte* Application to Extend Time to Respond to Complaint (Dkt. No. 6) (the "Application"), requesting an extension of time to respond to the Complaint,

WHEREAS, on January 4, 2024, Plaintiff filed a Notice of Non-Opposition to the Application (Dkt. No. 7), pursuant to which Plaintiff indicated that he intended to file an amended complaint and indicated that he did not oppose the Application;

WHEREAS, on January 4, 2024, in light of the Application and Plaintiff's stated intent to file an amended complaint, the Court entered a Minute Order extending the time for the Removing Defendants to respond to the complaint to and including February 28, 2024;

WHEREAS, Plaintiff has not yet filed an amended complaint but anticipates that he will do so by March 6, 2024;

WHEREAS, the Parties wish to avoid the unnecessary time, expense, and burden associated with preparing and filing a response to a Complaint which will be superseded;

/ / /

/ / /

/ / /

McDermott Will & Emery LLP
ATTORNEYS AT LAW
LOS ANGELES

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

1.      Plaintiff will file his amended complaint on or before March 6, 2024;

2.      The deadline for the Removing Defendants to answer, move, or otherwise respond to the amended complaint is extended from February 28, 2024 to and including March 27, 2024.

**SO STIPULATED**:

Dated: February 26, 2024                 **MCDERMOTT WILL & EMERY LLP**

By: /s/ *Jason D. Strabo*
Jason D. Strabo (SBN 246426)
jstrabo@mwe.com
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Michael S. Nadel*
mnadel@mwe.com
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
*Pro Hac Vice* Application forthcoming

Attorneys for Defendants Farid Assemi,
Farshid Assemi, Darius Assemi,
The Assemi Group, Inc., and Maricopa
Orchards, LLC

Dated: February 26, 2024                 **PLAINTIFF'S ATTORNEYS**

**CREEDE-BLYTH LAW, APC**

By: /s/ *Stan D. Blyth*
Stan D. Blyth, #166938
sdb@c-blaw.net
5424 N. Palm Ave, Suite 108
Fresno, CA 93704
Telephone: (559) 554-3002
Fax: (559) 554=3054
Attorneys for Plaintiff Kevin Assemi

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

3

**[PROPOSED] ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, the Court hereby issues the following Order:

1.    Plaintiff will file his amended complaint on or before February 28, 2024;

2.    The deadline for the Removing Defendants to answer, move, or otherwise respond to the amended complaint is extended from February 28, 2024 to and including March 20, 2024.


Date: _____                    _____

                                                        Honorable Erica P. Grosjean

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 26, 2024.

By: */s/ Jason Strabo*
    Jason Strabo

JOINT STIPULATION TO EXTEND TIME; [PROPOSED] ORDER
CASE NO. 1:23-CV-01741-EPG