# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| KEVIN ASSEMI <br> *Plaintiff* <br> v. <br> FARID ASSEMI, et al. <br> *Defendant* | ) ) ) ) ) ) Case No. 1:23-at-01047 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Farid Assemi; Farshid Assemi; Darius Assemi; Assemi Group, Inc.; Maricopa Orchards, LLC; Elevated Ag, LLC; Nader Malakan LLC; Malakan Investments, LLC; Jeremy A. Yurosek; Devon Yurosek; Jeffrey Yurosek; John A. Bezmalinovic; Jason Hollrah; and Elizabeth Steinhauer-Clark.

Date: February 26, 2024

*Attorney's signature*

Jason D. Strabo, CA Bar No. 246426
*Printed name and bar number*

2049 Century Park East, Suite 3200, Los Angeles, CA 90067
*Address*

jstrabo@mwe.com
*E-mail address*

310-277-4110
*Telephone number*

310-277-4730
*FAX number*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

            By: <u>/s/ *Jason D. Strabo*</u>
                Jason D. Strabo