Stan D. Blyth #166938
Zena M. Sin #332804
CREEDE-BLYTHE LAW, APC
5424 N. Palm Ave, Suite 108
Fresno, California 93704
Phone: (559) 554-3005
Fax: (559) 554-3054
E: sdb@c-blaw.net
E: zms@c-blaw.net

Attorneys for Plaintiff KEVIN ASSEMI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ASSEMI, individually and derivatively on behalf of ELEVATED AG, LLC, a California limited liability company,<br><br>　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>FARID ASSEMI, et al.<br><br>　　　　　　　　　　　Defendants,<br><br>-and-<br><br>ELEVATED AG, LLC, a California limited liability company,<br><br>　　　　　　　　　　Nominal Defendant.<br><br>And Related Cross-Action | **CIVIL ACTION NO. 1:23-CV- 01741-EPG**<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KEVIN ASSEMI**<br><br>Time: 10:00 a.m,<br>Date: April 5, 2024<br>Place: Floor 6, Room 10<br><br>Judge Magistrate: Judge Grosjean |

This Motion to Withdraw as Counsel is made upon the following grounds:

　　1.　Pursuant to Local Rule 182(d), Stan D. Blyth, Zena Sin and Creede Blyth Law, APC (collectively "Counsel") request that this Court enter an order relieving them of their duties as Counsel in this case for Plaintiff Kevin Assemi ("Plaintiff").

　　2.　Plaintiff has breached the Attorney Representation Agreement ("Agreement")

1  with Counsel and is failing to cooperate with Counsel.

2      3.    Despite notice to Plaintiff of the repeated breaches of the Agreement, Plaintiff
3  failed and refused and continues to fail to cure the breaches of the Agreement.

4      4.    Counsel requested that Plaintiff identify substitute counsel to substitute in as
5  counsel of record, but Plaintiff has failed to identify other counsel to substitute into the case.

6      5.    Counsel cannot proceed with continued representation of Plaintiff in this
7  matter in light of the existing breaches of the Agreement, as such breaches have made it
8  unreasonably impossible to continue with such representation.

9      6.    Upon being relieved as counsel, Plaintiff may have copies of clients' papers and
10 property as contemplated under California Rules of Professional Conduct, rule 1-15(d).

11     8.    The matter is still pending with no hearing dates on the immediate horizon, other
12 than a pending Scheduling Conference, which is being reset to April 3, 2024 and Plaintiff has
13 ample time to obtain new representation prior to that time.

14     9.    The granting of this motion will not cause a delay in the prosecution of this
15 matter.

16     10.    This Motion is made under the California Rules of Professional Conduct Rule l-
17 16(b)(4),(5) providing that where circumstances render it unreasonable for an attorney to
18 continue in representing a client, withdrawal is appropriate, as well as material breaches of the
19 representation agreement.

20 For the foregoing reasons, Counsel requests that this Court grant this Motion effective
21 immediately, and for such other and further relief as the Court may deem just and proper.
22 Dated: February 26, 2024

23           **CREEDE-BLYTH LAW, APC**

24     By:   /s/ *Stan D. Blyth*
25          Attorney for Plaintiff KEVIN ASSEMI

26

27

28

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KEVIN ASSEMI**

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

_____
Citlalli Sanchez