Stan D. Blyth #166938
Zena M. Sin #332804
CREEDE-BLYTHE LAW, APC
5424 N. Palm Ave, Suite 108
Fresno, California 93704
Phone: (559) 554-3005
Fax: (559) 554-3054
E: sdb@c-blaw.net
E: zms@c-blaw.net

Attorneys for Plaintiff KEVIN ASSEMI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ASSEMI, individually and derivatively on behalf of ELEVATED AG, LLC, a California limited liability company,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br><br>FARID ASSEMI, et al.<br><br>　　　　　　　　　　Defendants,<br><br>-and-<br><br>ELEVATED AG, LLC, a California limited liability company,<br><br>　　　　　　　　　　Nominal Defendant.<br><br>And Related Cross-Action | **CIVIL ACTION NO. 1:23-CV- 01741-EPG**<br><br>**DECLARATION OF STAN D. BLYTH IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KEVIN ASSEMI**<br><br>Time: 10 a.m.<br>Date: April 5, 2024<br>Place: Floor 6, Room 10<br><br>Judge: Judge Grosjean |

**<u>DECLARATION OF STAN D. BLYTH IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR KEVIN ASSEMI</u>**

I, STAN D. BLYTH, declare:

　　1.　　I am over the age of 18 and am an attorney duly admitted to practice before all the courts of the State of California and the United States District Court for the Eastern District of California, and am a shareholder with the law firm of Creede-Blyth Law, APC ("Creede-

1
**DECLARATION OF STAN D. BLYTH IN SUPPORT OF MOTION TO WITHDRAW**

1. Blyth"), attorneys of record for Kevin Assemi ("Plaintiff").

2. I have personal knowledge of the facts contained herein and if called upon as a witness, would testify competently thereto.

3. This declaration is filed in support of Creede-Blyth's Motion to Withdraw as Counsel for Plaintiff (the "Motion"). This Motion is brought pursuant to Local Rule 182(d).

4. By way of this Motion, I request that this Court enter an order relieving myself, Zena Sin and Creede-Blyth of our duties as counsel of record for Plaintiff.

5. Zena Sin and I are the only attorneys identified on the Court's docket for this case as Plaintiff's counsel.

6. Plaintiff has breached the Attorney Representation Agreement (the "Agreement") with Creede-Blyth.

7. Creede-Blyth has provided notice to Plaintiff of the repeated breaches of the Agreement for several months, but Plaintiff failed to cure the breaches of the Agreement, despite repeated promises that the breaches would be cured.

8. On January 25, 2024, and on other previous occasions, I requested that Plaintiff identify substitute counsel to substitute in as counsel of record, but Plaintiff has failed to identify other counsel to substitute into this case on his behalf.

9. My firm and I cannot proceed with continued representation of the Plaintiff in this matter considering the existing breaches of the Agreement, as such breaches have made it unreasonably difficult to continue with such representation.

10. On information and belief, Kevin Assemi is a licensed California attorney since 2008, with an active bar license No. 261318.

11. Plaintiff Kevin Assemi's last known mailing address is: 7561 N. Cheryl Drive, Fresno, 93711 and, I have confirmed within the last thirty days that his email address is kevin@elevatedag.com.

12. On February 27, 2023, and on other previous occasions, I emailed Plaintiff Kevin Assemi and notified him of my intention to file a Motion to Withdraw. I also intend to serve Plaintiff Kevin Assemi by email and mail with a Notice of the Motion, Motion, and this

**DECLARATION OF STAN D. BLYTH IN SUPPORT OF MOTION TO WITHDRAW**

1 | Declaration. This will be reflected on a Certificate of Service filed with the Court.

2 |     13.    I declare under penalty of perjury of the laws of the United States of America that
3 | the foregoing is true and correct. Executed on February 28, 2024, at Fresno, California.

                                      /s/ *Stan D. Blyth*
                                      Stan D. Blyth

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

_____
Citlalli Sanchez