**MC–051**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Stan D. Blyth #166938/Zena M. Sin #332804<br>CREEDE-BLYTHE LAW, APC<br>5424 N. Palm Ave, Suite 108<br>Fresno, California 93704<br>TELEPHONE NO.: 559-554-3005    FAX NO.: 559-554-3054<br>ATTORNEY FOR *(Name)*: Kevin Assemi, Plaintiff | |

| NAME OF COURT: United States District Court, Eastern District |
|---|
| STREET ADDRESS: 2500 Tulare Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Fresno, CA 93721 |
| BRANCH NAME: Robert E. Coyle United States Courthouse |

| CASE NAME: Assemi v. Assemi et al. | |
|---|---|

| **NOTICE OF MOTION AND MOTION<br>TO BE RELIEVED AS<br>COUNSEL—CIVIL** | CASE NUMBER: 1:23-CV- 01741-EPG |
|---|---|
| | HEARING DATE: April 05, 2024 |
| | DEPT.: 6th floor, Rm 10   TIME: 10:00 a.m. |
| | BEFORE HON.: Judge Grosjean |
| | DATE ACTION FILED: 12/19/2023 |
| | TRIAL DATE: |

TO *(name and address of client)*: Kevin Assemi
7561 N. Cheryl Drive
Fresno, 93711

1. PLEASE TAKE NOTICE that *(name of withdrawing attorney)*:
moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

   a.   Date: April 05, 2024       Time: 10:00 a.m.       Dept.: 6th floor       Room: 10

   b.   The address of the court:   [X] same as noted above       [ ] other *(specify)*:

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and the following additional documents or evidence *(specify)*:

   [Proposed ] Order on Motion to Withdraw as Counsel for Plaintiff Kevin Assemi; Motion to Withdraw as Counsel for Plaintiff Kevin Assemi; Declaration of Stan D. Blyth In Support of Motion to Withdraw as Counsel for Plaintiff Kevin Assemi

   *(This motion does not need to be accompanied by a memorandum of points and authorities. Cal. Rules of Court, rule 3.1362.)*

4. The client presently represented by the attorney is
   a.  [X] an individual.                         g.  [ ] a trustee.
   b.  [ ] a corporation.                         h.  [ ] a personal representative.
   c.  [ ] a partnership.                         i.  [ ] a probate fiduciary.
   d.  [ ] an unincorporated association.         j.  [ ] a guardian ad litem.
   e.  [ ] a guardian.                            k.  [ ] other *(specify)*:
   f.  [ ] a conservator.

(Continued on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-051 [Rev. January 1, 2007]

**NOTICE OF MOTION AND MOTION
TO BE RELIEVED AS COUNSEL—CIVIL**

Code of Civil Procedure , § 284;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

MC–051

| CASE NAME: Assemi v. Assemi et al. | CASE NUMBER: 1:23-CV- 01741-EPG |
|---|---|

### NOTICE TO CLIENT

If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.

6. If this motion is granted, the client must keep the court informed of the client's current address.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.

Date: February 28, 2024

Stan D. Bltyh
(TYPE OR PRINT NAME)

▶ _/s/ (signature)_
(SIGNATURE OF ATTORNEY)

Attorney for *(name)*: Kevin Assemi

PROOF OF SERVICE
(Code Civ. Proc. §§ 1013a, 2015.5)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno; I am over the age of 18 years and not a party to the within above-entitled cause; my business address is 5424 N. Palm Avenue, Suite 108, Fresno, California 93704.

On the date of execution hereof, I served the foregoing document described as **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL—CIVIL** on the parties in this action by as follows:

[ ]   **(BY MAIL)** by placing the sealed envelope with the postage thereon fully prepaid for collection and mailing at our address shown above. I am readily familiar with Creede-Blyth Law, APC's business practice for collecting and processing correspondence for mailing with the United States Postal Service the same day.

[ ]   **(BY OVERNIGHT MAIL SERVICE)** by placing the sealed envelope for collection following our ordinary business practice for collecting and processing correspondence for mailing with **** for overnight delivery.

[ ]   **(BY ELECTRONIC MAIL)** I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) listed on the service list.

[X]   **(BY ELECTRONIC SERVICE)** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing through the user interface at https://ecf.caed.uscourts.gov/

EXECUTED on February 29, 2024, at Fresno, California.

[X]   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Citlalli Sanchez