UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ASSEMI,<br><br>    Plaintiff,<br><br>  v.<br><br>FARID ASSEMI, et al.,<br><br>    Defendants. | Case No.   1:23-cv-01741-EPG<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE ADDITIONAL PAGES<br><br>(ECF No. 27) |

      Plaintiff's amended complaint is 55 pages (not counting attachments) and alleges 31 counts, including fraud, breach of contract, and negligence claims. (ECF No. 26). This matter is before the Court on Defendants' motion for leave to file additional pages in an upcoming motion to dismiss; specifically, Defendants want to file a brief up to 40 pages. (ECF No. 27). As grounds, Defendants state as follows.

      All Defendants (fourteen in total) intend to file a single motion to dismiss by no later than March 27, 2024, and contend that "the number of counts and the various combinations of Defendants named for each count, as well as the lengthy factual allegations to be synthesized and the derivative and standing questions to be briefed" necessitate an extension of the Court's standard 25-page limit for briefing. (*Id.* at 2). Additionally, Defendants state that Plaintiff does not oppose this request and the parties have agreed that Plaintiff may have up to 30 days to respond to the motion to dismiss, with any reply due no later than 14 days after filing of the response.

Upon review of the motion, IT IS ORDERED as follows:

1. Defendants' motion for leave to file additional pages (ECF No. 27) is granted.
2. Defendants' briefing in support of their motion to dismiss shall not exceed 40 pages.
3. Plaintiff shall file any response to the motion to dismiss no later than 30 days after the filing of the motion.
4. Defendants shall file any reply to a response no later than 14 days after the filing of the response.

IT IS SO ORDERED.

Dated:   **March 18, 2024**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2