1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MATTHEW S. KENEFICK (Bar No. 227298)
2  *mkenefick@jmbm.com*
   SEBASTIEN NGUYEN (Bar No. 340913)
3  *snguyen@jmbm.com*
   Two Embarcadero Center, 5th Floor
4  San Francisco, California 94111-3813
   Telephone:  (415) 398-8080
5  Facsimile:  (415) 398-5584

6  Attorneys for Plaintiff and Counterclaim-
   Defendant Kevin Assemi
7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 | Kevin Assemi, an individual | Case No. 1:23-CV-01741-EPG |

12 | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

13 | v. | |

14 | Farid Assemi, et al., | |

15 | Defendants. | **[FRCP 41(a)(1)(A)(i)]** |

16 | | |

17 | | Action Filed:      Dec. 15, 2023<br>Action Removed:  Dec. 19, 2023<br>Trial Date:        None Set |

18 | ELEVATED AG, LLC, and<br>MARICOPA ORCHARDS, LLC, | |

19 | | |

20 | Counterclaim Plaintiffs, | |

21 | v. | |

22 | KEVIN ASSEMI, | |

23 | Counterclaim Defendant. | |

24  **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

25  **PURSUANT TO FRCP 41(a)(1)(A)(i)**

26      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kevin

27  Assemi hereby gives notice that this action is voluntarily dismissed without

28  prejudice.  Defendants have neither filed an answer nor a Rule 56 motion.

1

1    Accordingly, Plaintiff Kevin Assemi hereby notices the voluntary dismissal of this

2    action, without prejudice.  *See Commercial Space Management Co., Inc. v. Boeing*

3    *Co., Inc.*, 193 F.3d 1074, 1077 (1999 9th Cir.).

4                                              Respectfully submitted.

5    DATED:  April 15, 2024          JEFFER MANGELS BUTLER &

6                                              MITCHELL LLP

7

8                                              By: /s/  Matthew S. Kenefick

                                                          MATTHEW S. KENEFICK
9                                              Attorneys for PLAINTIFF AND
                                                  COUNTERCLAIM-DEFENDANT
10                                            KEVIN ASSEMI

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**