JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK (Bar No. 227298)
*mkenefick@jmbm.com*
SEBASTIEN NGUYEN (Bar No. 340913)
*snguyen@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:  (415) 398-8080
Facsimile:   (415) 398-5584

Attorneys for Plaintiff and Counterclaim-Defendant Kevin Assemi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Assemi, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Farid Assemi, et al.,<br><br>　　　　Defendants. | Case No. 1:23-CV-01741-EPG<br><br>**SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO SET ASIDE DEFAULT**<br><br>Action Filed:　　Dec. 15, 2023<br>Action Removed:　Dec. 19, 2023<br>Trial Date:　　　None Set |
| ELEVATED AG, LLC, and MARICOPA ORCHARDS, LLC,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>KEVIN ASSEMI,<br><br>　　　　Counterclaim Defendant. | |

In response to the Court's order dated April 5, 2024 (Document No. 44), Plaintiff and Counterclaim-Defendant Kevin Assemi hereby submits the following Supplemental Brief in Support of his March 26, 2024 Motion to Set Aside Default (Document No. 36):

### A. Representation in this Action

Pursuant to the concurrently filed Appearance of Counsel, Matthew Scott Kenefick of the firm Jeffer Mangels Butler & Mitchell LLP has been engaged, and has appeared, to act as counsel of record for Kevin Assemi in this action.

### B. Settlement Discussions

Kevin Assemi is pleased to report to the Court that his new counsel was able to schedule an in-person mediation with Defendants and Counterclaim Plaintiffs before The Hon. Richard Kramer (ret.) of JAMS. The mediation is presently scheduled to occur on June 18, 2024; however, if Mr. Nadel's or Mr. Kenefick's respective trial schedules change, the parties will seek an earlier mediation date.

### C. Dismissal of FAC Pursuant to FRCP 41(a)(1)(A)(i)

Prior to the filing of this Supplemental Brief, Kevin Assemi has filed a voluntary dismissal without prejudice pursuant to FRCP 41(a)(1)(A)(i). No leave of Court is required because Defendants have neither filed an answer nor a Rule 56 motion. *See Commercial Space Management Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (1999 9th Cir.). This moots the motion to expunge lis pendens and motion to dismiss. Additionally, since the Counterclaim is premised on supplemental jurisdiction arising from the underlying complaint, the Court should dismiss the Counterclaim without prejudice for lack of jurisdiction pursuant to FRCP 12(b)(1).

### D. Proposed Responsive Pleading to the Counterclaim

To the extent that the Court does not dismiss the Counterclaim for lack of jurisdiction, Kevin Assemi proposes to file the answer attached hereto as **Exhibit 1** in response to the Counterclaim.

### E. Extension of Pending Deadlines

To the extent that any case deadlines remain part of this case, Kevin Assemi hereby respectfully requests the Court continue the following deadlines as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Last day to file Opposition to Motion to Expunge Lis Pendens | April 5, 2024 | April 30, 2024 |
| Last day to file Opposition to Motion to Dismiss | April 19, 2024 | April 30, 2024 |
| Last day to file Reply in Support of Motion to Dismiss | May 3, 2024 | May 13, 2023 |
| Hearing on Motion to Dismiss | May 31, 2024 | May 31, 2024 |
| Hearing on Motion to Expunge Lis Pendens | May 31, 2024 | May 31, 2024 |

The requested extensions will not prejudice Defendants and Counter-Plaintiffs as the hearings on the Motion to Dismiss and Motion to Expunge are presently not scheduled for May 31, 2024. Such extensions will allow new counsel to become familiar with the case given the complicated factual background and legal issues involved. However, in light of this lawsuit being dismissed, Kevin Assemi respectfully submits that the Counterclaim should be dismissed and all of the above-deadlines vacated.

                              Respectfully submitted.

DATED: April 15, 2024        JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ Matthew S. Kenefick
      MATTHEW S. KENEFICK
Attorneys for PLAINTIFF AND COUNTERCLAIM-DEFENDANT KEVIN ASSEMI

**SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO SET ASIDE DEFAULT**