MCDERMOTT WILL & EMERY LLP
JASON D. STRABO (SBN 246426)
jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, California  90067
(310) 277-4110

MICHAEL S. NADEL (admitted *pro hac vice*)
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ASSEMI,<br><br>               Plaintiff,<br><br>  v.<br><br>FARID ASSEMI, et al.,<br><br>               Defendants. | No. 1:23-CV-01741-EPG<br><br>**DEFENDANTS' MOTION FOR LEAVE TO REPLY TO SUPPLEMENTAL BRIEF, AND MEMORANDUM IN SUPPORT**<br><br><u>Hearing</u>:<br>Date:  May 31, 2024<br>Time:  10:00 a.m.<br>Location:  Courtroom 10 |

Defendants respectfully move for leave to reply to the Supplemental Brief in Support of Motion to Set Aside Default (ECF 49) filed by Plaintiff on April 15, 2024.  In support of the motion, Defendants respectfully state:

1.  Plaintiff initiated this action by bringing a 31-count complaint in the Superior Court of California in Fresno.  Certain Defendants removed the case to this Court on December 19, 2023.

2.  Plaintiff also caused the recording of lis pendens in Kern County with respect to five properties owned by Defendant Maricopa Orchards, LLC ("Maricopa").  ECF 9.  The lis pendens are purportedly predicated on Plaintiff's claims in this case.

3.  On February 26, 2024, Defendants Maricopa and Elevated Ag, LLC ("Elevated") brought counterclaims against Plaintiff for civil theft, conversion, tortious interference with prospective economic relations, and breach of fiduciary duty.  ECF 13.

4. On March 6, 2024, Plaintiff filed his First Amended Complaint. ECF 26.

5. On March 22, 2024, because Plaintiff had not responded to the Counterclaims, Maricopa and Elevated requested the entry of default. ECF 30. The Clerk entered default the same day. ECF 32. Meanwhile, Maricopa moved to expunge the lis pendens. ECF 33. All Defendants joined in filing a motion to dismiss. ECF 31.

6. On March 26, 2024, Plaintiff moved to set aside the default. ECF 36. Maricopa and Elevated opposed the motion. ECF 39.

7. On April 5, 2024, the Court permitted the withdrawal of Plaintiff's original counsel. The Court ordered Plaintiff to file a supplement to his motion to set aside entry of default. ECF 44.

8. On April 17, 2024, Plaintiff filed a notice of voluntary dismissal. ECF 48.

9. Two hours later, Plaintiff filed a supplemental brief in support of his motion to set aside entry of default. ECF 49.

10. In his supplemental brief, Plaintiff asserted, in pertinent part, that (i) the notice of voluntary dismissal moots Maricopa's motion to expunge the lis pendens, and (ii) the Court should dismiss the counterclaims for lack of subject matter jurisdiction. Defendants are inclined to disagree with those assertions and respectfully requests to be heard (although, as of this writing Defendants have only had several hours to consider these matters). These issues have not previously been briefed and implicate a new procedural posture and new arguments that did not exist at the time of Defendants' previous submissions.

11. Plaintiff also submitted a proposed answer to the Counterclaims. Defendants disagree that the proposed answer satisfies the Ninth Circuit's standard for setting aside a default and requests to be heard on that as well. Defendants have not previously had the opportunity to address the proposed answer, as it was just filed yesterday.

12. Defendants respectfully request leave to submit a reply to Defendants supplemental brief, in which at least Defendants may address at least the three questions noted above: whether Plaintiff's notice of dismissal moots the motion to expunge the lis pendens; whether the Court should dismiss the counterclaims for lack of jurisdiction; and whether the Plaintiff's proposed

answer satisfies the standard for setting aside default. Defendants request that the Court set April 26 as the deadline for filing the reply.

12. Defendants asked Plaintiff's new counsel to consent to the requested leave, and counsel has declined to take a position.

Defendants respectfully request that the Court grant the requested leave.

MCDERMOTT WILL & EMERY LLP

By: /s/ *Michael S. Nadel*

Michael S. Nadel
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing, including counsel for Plaintiff as follows:

Matthew S. Kenefick, Esq.
Sebastien Nguyen, Esq.
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111

By: /s/*Michael S. Nadel*
Michael S. Nadel