MCDERMOTT WILL & EMERY LLP
JASON D. STRABO (SBN 246426)
jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
(310) 277-4110

MICHAEL S. NADEL (admitted *pro hac vice*)
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

*Attorneys for Counterclaim Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ASSEMI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FARID ASSEMI, et al.,<br><br>　　　　　　Defendants. | No. 1:23-CV-01741-EPG<br><br>**MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS**<br><br>Hearing:<br>Date:　May 31, 2024<br>Time:　10:00 a.m.<br>Location:　Courtroom 10 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on May 31, 2024, at 10:00 a.m. or at a date and time set by the Court, located at 2500 Tulare Street, Fresno, California 93721, Counterclaim Plaintiffs Elevated Ag, LLC and Maricopa Orchards, LLC will and hereby do move for leave to file First Amended Counterclaims pursuant to Federal Rule of Civil Procedure 15(a)(2). The proposed First Amended Counterclaims and a brief in support is filed herewith.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**MCDERMOTT WILL & EMERY LLP**

　　　　　　　　　　　　　　　By: /s/ *Michael S. Nadel*
　　　　　　　　　　　　　　　　　Michael S. Nadel
　　　　　　　　　　　　　　　　　Attorneys for Counterclaim Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

By: /s/ *Michael S. Nadel*
Michael S. Nadel