# Exhibit A

| **Subject:** | RE: Assemi v Assemi: Lis Pendens |
|---|---|
| **Date:** | Thursday, April 25, 2024 at 6:17:38 PM Eastern Daylight Time |
| **From:** | Matthew Kenefick |
| **To:** | Nadel, Michael |
| **Attachments:** | image001.jpg, Termination of Lis Pendens (Assemi).pdf |

**[ External Email ]**
PS – this is the version that is being recorded (only change was in the signature block).
thx

**From:** Matthew Kenefick
**Sent:** Thursday, April 25, 2024 2:58 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

What are you going to ask the court to expunge – a withdrawn LP?  Or will your argument be that the document is not effective because your clients need to sign a withdrawal of the LP, which they could have done all along and did not?   The continued prosecution of a moot or meritless motion will entitle my client to its fees…
-Matt

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Thursday, April 25, 2024 2:53 PM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

An agreed form would be acceptable to us. This one isn't. If you want an agreed form, we will withdraw the motion as moot. Otherwise, we won't. We're okay either way.

As I said previously, we don't agree with your view of jurisdiction. The courts will sort it out.

MICHAEL S. NADEL
**McDermott Will & Emery LLP**   Washington, D.C.
Office  202 756 8113    Mobile  703 231 8608

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Sent:** Thursday, April 25, 2024 5:48 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

**[ External Email ]**
The person who created the LP has to be the one to withdraw it.  The underlying lawsuit is dismissed and the title will be cleared by tomorrow.  The LP is moot and the District Court has also been divested of jurisdiction.  If you think your clients have the authority to sign record a withdrawal of the LP on behalf of Elevated AG, nothing is stopping them from doing so on their own…
thx

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Thursday, April 25, 2024 2:41 PM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

I understand that is your position. I thought we were looking for a way to moot the expungement motion — in part, I assumed, because of the associated attorneys fees provision. In our view, the filing of a paper signed by Kevin Assemi as manager of Elevated doesn't do that. If you'd like to continue to try, I will work with you. Otherwise, in our view, we have a live dispute.

MICHAEL S. NADEL
McDermott Will & Emery LLP   Washington, D.C.
Office  202 756 8113    Mobile  703 231 8608

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Sent:** Thursday, April 25, 2024 5:33:25 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

**[ External Email ]**
Kevin is still a manager.  The law is clear on that issue.
thx

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Thursday, April 25, 2024 2:32 PM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

If it is necessary to have signatures from Elevated Ag, they need to be from its managers, Farshid Assemi and Nader Malakan. We will happily sign and agreed form with Kevin. Kevin cannot sign anything on behalf of Elevated Ag.

MICHAEL S. NADEL
McDermott Will & Emery LLP   Washington, D.C.
Office  202 756 8113    Mobile  703 231 8608

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Sent:** Thursday, April 25, 2024 5:28:33 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

**[ External Email ]**
It is signed on both Kevin and Elevated because those are the parties who created the LP:

> **NOTICE IS HEREBY GIVEN** that Plaintiff, KEVIN ASSEMI, individually and derivatively on behalf of ELEVATED AG, LLC, a California limited liability company, filed its Complaint on December 15, 2023, for over thirty-one (31) causes of actions, including Fraud, Breach of Contract, and Misappropriation/Conversion.

This is the way to clear the title.
thx

---

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Thursday, April 25, 2024 2:21 PM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

If this is the document Kevin signed, that's a problem. This document is on behalf of Elevated Ag. Kevin recorded the lis pendens personally. And Kevin is not an authorized signator for Elevated Ag. So, if this is the document that was submitted, we will advise the court — but not of mootness. I suggest you pull back whoever is delivering it until we have an agreed form.

MICHAEL S. NADEL
**McDermott Will & Emery LLP**   Washington, D.C.
Office  202 756 8113    Mobile  703 231 8608

---

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Sent:** Thursday, April 25, 2024 5:09:17 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

**[ External Email ]**
Here is the document in final.  Kevin signed and it has been sent off for recording.  I will let you know once it is recorded – but should either be today or first thing in the a.m.  I trust you will advise the Court of this document and our contention that it moots the motion to expunge.

Thanks
-Matt

---

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Thursday, April 25, 2024 4:18 AM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

Thank you.

MICHAEL S. NADEL
**McDermott Will & Emery LLP**  Washington, D.C.
Office  202 756 8113     Mobile  703 231 8608

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Sent:** Wednesday, April 24, 2024 11:54:45 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

**[ External Email ]**
It is confusing to state what we do or do not have an interest in.  The real arbiter of what should be recorded is the title company – which we will consult tomorrow.
thx

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Wednesday, April 24, 2024 8:51 PM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

I'm afraid that's not terribly helpful.  I'd be glad to hear why they think that, and how it is confusing.  It doesn't seem confusing to me (once the typo is cleaned up), but admittedly I'm not a real estate attorney.  In any event, it would seem that if it did cause problems, that would be problems for us, not Kevin.  So, I'd also like to know if, notwithstanding your note below, you would accept our revision, or not.  Thanks.

MICHAEL S. NADEL
**McDermott Will & Emery LLP**  Washington, D.C.
Office  202 756 8113     Mobile  703 231 8608

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Date:** Wednesday, April 24, 2024 at 11:33 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

**[ External Email ]**
Your revision is unnecessary and confusing. Our real estate department think it thinks it will only cause problems down the road.

Get Outlook for Android

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Wednesday, April 24, 2024 6:42:22 PM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

Matt,

Thank you. I have inserted a redline in the attached, and I am running this version by my clients.

MICHAEL S. NADEL
**McDermott Will & Emery LLP**   Washington, D.C.
Office  202 756 8113    Mobile  703 231 8608

---

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Date:** Wednesday, April 24, 2024 at 6:08 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

**[ External Email ]**
Draft document attached from our real estate team.  Thoughts?
thx

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Tuesday, April 23, 2024 11:30 AM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

I'd be happy to look at what they put together.  I do not think the stipulation will be complicated.  Here is the recorded lis pendens.

MICHAEL S. NADEL
**McDermott Will & Emery LLP**   Washington, D.C.
Office  202 756 8113    Mobile  703 231 8608

---

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Date:** Tuesday, April 23, 2024 at 2:22 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

**[ External Email ]**
It is not an expungement – it is a withdrawal.  And I think it should be on an Official Records form that is recordable.  We also need a stipulation that the motion to expunge is withdrawn.  Do you have a copy of the recorded LP?  If so, I can have my RE team put something together…

thanks

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Tuesday, April 23, 2024 11:18 AM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

Hi Matt,

Here is a draft notice. Please let me know your thoughts.

Thanks.

MICHAEL S. NADEL
**McDermott Will & Emery LLP**  Washington, D.C.
Office  202 756 8113   Mobile  703 231 8608

---

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Date:** Sunday, April 21, 2024 at 11:18 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

**[ External Email ]**
Spoke with Kevin.  He will agree to record a notice of withdrawal of the LP if your clients stipulate that the motion to expunge is moot and is withdrawn.  Do you want to prepare the stipulation and the notice of withdrawal?
thx

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Sunday, April 21, 2024 10:10 AM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Re: Assemi v Assemi: Lis Pendens

I agree that it relates to a lawsuit that no longer exists, and therefore it should be expunged.  The statute permits expungement only with a court order or a signed and notarized notice of withdrawal.  We will agree that if the lis pendens is removed, the motion to expunge is moot.  (In other words, it is not enough for Kevin to submit the notice; the recorders office actually has to remove the lis pendens; otherwise, I think you can understand that we would need a court order.  But I have no reason to think this should be a problem, so if Kevin agrees to do it, I expect it would do the trick.)

MICHAEL S. NADEL
**McDermott Will & Emery LLP**  Washington, D.C.
Office  202 756 8113   Mobile  703 231 8608

**From:** Matthew Kenefick <MKenefick@JMBM.com>
**Date:** Sunday, April 21, 2024 at 12:52 PM
**To:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Assemi v Assemi: Lis Pendens

**[ External Email ]**
The lis pendens relates to a lawsuit that no longer exists. I can discuss with Kevin recording a notice of withdrawal of the LP – if he agrees to do so, will you agree that the motion to expunge is moot?
thx

**From:** Nadel, Michael <mnadel@mwe.com>
**Sent:** Sunday, April 21, 2024 7:41 AM
**To:** Matthew Kenefick <MKenefick@JMBM.com>
**Subject:** Assemi v Assemi: Lis Pendens

Good morning, Matt.

In your supplemental brief in support of the motion to set aside the default, you state that your dismissal moots the motion to expunge the lis pendens.

It does not seem to me that the motion to expunge is moot, because as far as we know, the lis pendens remains recorded in Kern County. I understand that Kevin can file a signed and notified notice of withdrawal of the lis pendens, which would result in the lis pendens's removal, thereby mooting the motion. Has Kevin done so, and if not, will he do so?

Please advise.

Thanks.

MICHAEL S. NADEL
**McDermott Will & Emery LLP**   Washington, D.C.
Office  202 756 8113    Mobile  703 231 8608

*********************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.