UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ASSEMI,<br><br>    Plaintiff,<br><br>v.<br><br>FARID ASSEMI, et al.,<br><br>    Defendants. | Case No.  1:23-cv-01741-EPG<br><br>ORDER PERMITTING PLAINTIFF TO FILE A BRIEF REGARDING MOTION TO EXPUNGE THE LIS PENDENS<br><br>(ECF Nos. 64, 65) |

Defendants removed this case from state court on December 19, 2023. (ECF No. 1). There are four motions pending before the Court: (1) motion to expunge lis pendens (ECF No. 33); (2) motion to set aside default (ECF No. 36); (3) motion to amend counterclaim (ECF No. 52); and (4) motion to rejoin as counterclaim Plaintiffs (ECF No. 53). For the reasons explained below, the Court will permit Plaintiff the opportunity to file a brief regarding the motion to expunge lis pendens.

Defendant Maricopa Orchards, LLC (Maricopa) filed its motion on March 22, 2024, requesting "an order expunging the lis pendens wrongfully recorded by Plaintiff Kevin Assemi with the Kern County Assessor-Recorder as to five properties, Assessor Parcel Numbers 220-050-49, 220-050-12, 220-050-69, 200-050-71, and 220-211-24." (ECF No. 33). After Plaintiff emailed a copy of a withdrawal and termination of lis pendens to the Court, the Court directed Plaintiff to file the document on the record, for the parties to confer in good faith whether the motion to expunge lis pendens is moot or may be rendered moot through agreement, and if after

1

conferring in good faith Defendant Maricopa believed that the motion to expunge lis pendens was not moot, the Court directed it to file a supplement justifying its position.

Plaintiff has since filed the withdrawal and termination of lis pendens (ECF No. 63), and Defendant Maricopa has filed a supplement arguing that its motion is not moot (ECF No. 64). Additionally, Plaintiff filed a document stating that the parties had a mediation set for June 18, 2024, and asking the Court to defer on the issue of mootness until after the conclusion of such mediation. (ECF No. 65). In this filing, Plaintiff indicates that he wishes to file an opposition brief if the motion is not resolved at mediation.

In light of the fact that the parties' mediation occurred on June 18, 2024, the Court requests further briefing on this issue.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff shall have until July 15, 2024, to file a response to Defendant Maricopa's supplemental memorandum (ECF No. 64).
2. If the parties have resolved (or in the interim resolve) any pending motion, they shall promptly file a notice informing the Court.

IT IS SO ORDERED.

Dated:   **June 24, 2024**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE