MCDERMOTT WILL & EMERY LLP
JASON D. STRABO (SBN 246426)
jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
(310) 277-4110

MICHAEL S. NADEL (admitted *pro hac vice*)
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

*Attorneys for Defendants*
*Elevated Ag, LLC and Maricopa Orchards, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ASSEMI,<br><br>    Plaintiff,<br><br>v.<br><br>FARID ASSEMI, et al.,<br><br>    Defendants. | No. 1:23-CV-01741-EPG<br><br>**MOTION FOR SANCTIONS FOR VIOLATING THE CONFIDENTIALITY OF MEDIATION**<br><br>Hearing**:**<br>Date:  October 25, 2024<br>Time:  10 a.m.<br>Location:  Courtroom 10 |

TO ALL PARTIES THEIR ATTORNEYS OF RECORD:

  NOTICE IS HEREBY GIVEN that on October 25, 2024, at 10:00 a.m., or at a date and time set by the Court, located at 2500 Tulare Street, Fresno, California 93721, Courtroom 10, or remotely if permitted by the Court, Defendants Elevated Ag, LLC and Maricopa Orchards, LLC will and hereby do move for an order imposing sanctions, under this Court's inherent power, to remedy Plaintiff Kevin Assemi's intentional breach of the confidentiality of mediation, for the reasons set forth in the accompanying brief.

1

2  Respectfully submitted,

3  **MCDERMOTT WILL & EMERY LLP**

4  By: /s/ *Michael S. Nadel*

5  Michael S. Nadel
   Attorneys for Counterclaim Plaintiffs
6  Elevated Ag, LLC and Maricopa Orchards, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing, including the following counsel for Plaintiff Kevin Assemi:

Matthew S. Kenefick, Esq.
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111

By: /s/ *Michael S. Nadel*
Michael S. Nadel