UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ASSEMI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FARID ASSEMI, et al.,<br><br>　　　　　Defendants. | No. 1:23-CV-01741-EPG<br><br>**ORDER AWARDING SANCTIONS** |

Before the Court is a motion by Elevated Ag, LLC and Maricopa Orchards, LLC for sanctions against Plaintiff Kevin Assemi for violating the confidentiality of mediation. The motion is GRANTED. The Court finds Plaintiff acted in bad faith by filing on this Court's docket a document provided to Plaintiff in confidential mediation conducted before the Honorable Richard Kramer. It is ORDERED that:

　　　1.　　Plaintiff Kevin Assemi is admonished by this Court.

　　　2.　　Plaintiff shall pay the full costs of the mediation. The share paid by McDermott Will & Emery LLP on behalf of its clients in this case was $45,800. Plaintiff shall pay that amount to Maricopa Orchards, LLC within 14 days.

3.     Plaintiff shall also pay the attorneys' fees of Elevated Ag, LLC and Maricopa Orchards, LLC related to Plaintiff's wrongful conduct.  Within 7 days, Elevated Ag, LLC and Maricopa Orchards, LLC shall submit an accounting of their pertinent attorneys' fees.  Plaintiff shall file any objection within 7 days.  Elevated Ag, LLC and Maricopa Orchards, LLC shall be permitted 7 days to reply.

SO ORDERED.